UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL H. BOWSER, | Civil Action No.: 2:09-cv-01486 |
| Plaintiff, | The Honorable Gary L. Lancaster |
| v. | Constantine J. Passodelis, Esquire |
| STRYKER CORPORATION t/a/d/b/a STRYKER HOWMEDICA OSTEONICS; STRYKER ORTHOPEDICS, a division of HOWMEDICA OSETONICS CORPORATION; and STRYKER ORTHOPAEDICS, a division of HOWMEDICA OSTEONICS CORPORATION, | PA ID# 65872 |
| | **Jury Trial Demanded** |
| | *Electronically Filed* |
| Defendants. | |

## STIPULATION OF DISMISSAL AND TO AMEND THE CAPTION

AND NOW, come the plaintiff and defendants, by and through their respective counsel, who **STIPULATE AND AGREE** that the above action is hereby dismissed with prejudice as against Stryker Corporation (incorrectly pled as "Stryker Corporation t/a/d/b/a Stryker Howmedica Osteonics"), without costs as to one party against another.

The parties and their counsel further **STIPULATE AND AGREE**, that the caption of this matter shall be amended to reflect the correct identity of the remaining defendant, Howmedica Osteonics Corp. The caption shall hereinafter state as follows:

| | |
|---|---|
| RUSSELL H. BOWSER, | Civil Action No.: 2:09-cv-01486 |
| Plaintiff, | The Honorable Gary L. Lancaster |
| v. | Constantine J. Passodelis, Esquire |
| HOWMEDICA OSTEONICS CORP. | PA ID# 65872 |
| Defendant. | **Jury Trial Demanded** |
| | *Electronically Filed* |

{P0889747 1}

| | |
|---|---|
| **THE LAW FIRM OF SWENSON, PERER & KONTOS**<br>George Kontos, Esq.<br>One Oxford Centre, Suite 2501<br>Pittsburgh, PA 15219<br>(412) 281-1970<br>*Attorneys for Plaintiff* | **MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**<br>Constantine J. Passodelis, Esq.<br>Firm No. 198<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219-6194<br>(412) 261-6600<br><br>**GIBBONS P.C.**<br>Kim. M. Catullo, Esq.<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119<br>(212) 613-2000<br><br>*Attorneys for Defendants*<br>*Stryker Corporation and*<br>*Howmedica Osteonics Corp.* |
| /S/ George Kontos<br>George Kontos, Esquire | /S/ Constantine J. Passodelis<br>Constantine J. Passodelis, Esquire |
| Dated: December 7, 2009 | Dated: December 7, 2009 |

SO ORDERED, this 7th day of December, 2009.

*[signature]*

Gary L. Lancaster, Chief U.S. District Judge