UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL H. BOWSER,<br>　　　　Plaintiff,<br>v.<br>HOWMEDICA OSTEONICS CORP.,<br>　　　　Defendant. | Civil Action No. 2:09-CV-01486- GLL<br><br>STIPULATION OF DISCONTINUANCE<br>WITH PREJUDICE<br><br>ELECTRONICALLY FILED |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties who have appeared in this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above captioned action be and hereby is dismissed in its entirety, with prejudice, without costs against any party.

THE LAW FIRM OF
SWENSON, PERER & KONTOS
One Oxford Centre-
Suite 2501
Pittsburgh, PA 15219
*Attorneys for Plaintiff
Russell H. Bowser*

_____
George M. Kontos

Dated: April 12, 2010

MEYER, DARRAGH, BUCKLER,
BEBENECK & ECK, P.L.L.C.
Firm No. 198
U.S. Steel Tower, Suite 4850
Pittsburgh, PA 15219

_____
Constantine J. Passodelis

GIBBONS P.C.
One Pennsylvania Plaza. 37th Floor
New York, New York 10119
*Attorneys for Defendant
Howmedica Osteonics Corp.*

_____
Kim M. Catullo
(*admitted pro hac vice*)

Dated: April 20, 2010

SO ORDERED, this 26th day of April, 2010.

_____
Gary L. Lancaster, Chief U.S. District Judge

#1506915 v1
100909-61799